UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WALTON,<br><br>        Plaintiff,<br><br>    vs.<br><br>AYON, et al.,<br><br>        Defendants.<br>_____/ | 1:07-cv-00246-OWW-SMS PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 8)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO EXHAUST AND FAILURE TO STATE A CLAIM** (Doc. 1) |

Plaintiff Robert Walton ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 19, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. On July 25, 2007, plaintiff filed an objection to the Magistrate Judge's Findings and Recommendations.

///

1

1    In accordance with the provisions of 28 U.S.C. §
2 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>
3 <u>novo</u> review of this case.  Having carefully reviewed the entire
4 file, the Court finds the Findings and Recommendations to be
5 supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed June 19, 2007,
8 is ADOPTED IN FULL; and
9    2.   This action is dismissed in its entirety, as follows:
10        a.   Plaintiff's argument concerning the merits of his
11             motion for a new trial is DISREGARDED;
12        b.   Plaintiff's claims arising from the delay and
13             review of his outgoing mail are DISMISSED, without
14             prejudice, for failure to exhaust;
15        c.   Plaintiff's claim arising from defendant James'
16             refusal to allow plaintiff to attach a trust
17             account withdrawal slip to his mail is DISMISSED,
18             with prejudice, for failure to state a claim upon
19             which relief may be granted;
20        d.   Plaintiff's claims arising from the review of his
21             mail by defendant Oetting and the opening of his
22             letter from the court are DISMISSED, with
23             prejudice, for failure to state a claim upon which
24             relief may be granted;
25        e.   Plaintiff's claims arising from the inmate appeals
26             process are DISMISSED, with prejudice, for failure
27             to state a claim upon which relief may be granted;
28             and


      f.    Plaintiff's supervisory liability claim is DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   October 25, 2007**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE