UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

FILED
JAN 3 0 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ROBERT WALTON,

    Plaintiff - Appellant,

v.

AYON, et al,

    Defendant - Appellee.

No. 07-17179
D.C. No. CV-07-00246-OWW-SMS

**ORDER**

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: PRISON MAIL DISPUTE — DISMISSED FOR FAILURE TO STATE COGNIZABLE CLAIMS. IMPROPERLY JOINED STATE HABEAS PETITION SEEKING RELIEF FROM STATE CONVICTION

_____
Judge
United States District Court

Date: 1-29-08

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

January 22, 2008

| | |
|---|---|
| ROBERT WALTON, | No. 07-17179 |
| | D.C. No. CV-07-00246-OWW-SMS |
| Plaintiff - Appellant, | |
| v. | |
| AYON, et al, | **REFERRAL NOTICE** |
| Defendant - Appellee. | |

    This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

    If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

    This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

MOLLY C. DWYER
Acting Clerk of the Court

*/s/ Jeffery Crocker*

By: Jeffery Crocker
Deputy Clerk